===============================================================================

## \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

<u>    NORTHERN    </u> **DISTRICT OF** <u>    NEW YORK    </u>

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 7:06-CV-0352 (LEK/DRH)**

**POLLYANNA McGREGOR,**

        **Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

<u>            </u>    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>    XX    </u>    **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is **DISMISSED** in favor of the Plaintiff and against the Defendant and this case is **REMANDED** to the Commissioner for further proceedings in accordance with the **DECISION AND ORDER** of the Honorable Lawrence E. Kahn, U. S. District Judge, dated January 29, 2008.

**DATE:** <u>   January 29, 2008   </u>                    ***LAWRENCE K. BAERMAN***
                                                                    CLERK OF THE COURT

*(signature)*

Lawrence E. Kahn
U.S. District Judge